IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CINDY CAMPBELL,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:23cv00300 |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| **LT. C. JONES,** | ) | By:  Robert S. Ballou |
| Defendant. | ) | United States District Judge |

Plaintiff Cindy Campbell, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983.  By order entered May 22, 2023, the court directed plaintiff to submit, within 30 days from the date of the order, an inmate account form **and a certified copy of plaintiff's trust fund account statement** for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the action is **DISMISSED without prejudice** and the case is **STRICKEN** from the active docket of the court.  Plaintiff may refile her claim in a separate action once she is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Opinion and Order to the plaintiff.

Enter:  August 11, 2023

*/s/ Robert S. Ballou*
Robert S. Ballou
United States Magistrate Judge